IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**OMARI GRAYS,**

    **Plaintiff,**

v.                                                  Case No. 4:20-cv-162-AW-CAS

**KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's June 25, 2021 Report and Recommendation, ECF No. 27, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on August 24, 2021.

                                                        s/ *Allen Winsor*
                                                        United States District Judge